IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN T. JURACEK, IV, and MORLENE FRENCH, | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | )   No. 05-787-GPM ) |
| CITY OF O'FALLON, IL POLICE DEPARTMENT and CITY OF O'FALLON, IL, | ) ) ) |
| Defendant(s). | |

## JUDGMENT

**DECISION BY THE COURT:**

This matter came before the court pursuant to the Notice of Impending Dismissal filed March 7, 2006.  Plaintiffs have failed to comply with said Order.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **CITY OF O'FALLON, IL and CITY OF O'FALLON, IL POLICE DEPARTMENT,** and against plaintiffs, **JOHN T. JURACEK, IV, and MORLENE FRENCH,** and this cause of action is **DISMISSED with prejudice**.

Dated:  March 29, 2006

NORBERT G. JAWORKSI, Clerk of Court

By: s/Linda M. Cook
Deputy Clerk

Approved by:

S/G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**